# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TRANSOCEAN GROUP HOLDINGS PTY LTD, *et al.*, | Civil No. 07-0652 JRT/FLN |
| Plaintiffs, | **ORDER** |
| v. | |
| SOUTH DAKOTA SOYBEAN PROCESSORS, LLC, *et al.*, | |
| Defendants. | |

Eric Bartsch, Marc Al, Troy Hutchinson, and Steven Kluz, **STOEL RIVES LLP**, 33 South Sixth Street, Suite 4200, Minneapolis, MN 55402, for plaintiffs.

Alan Silver, Chrisopher Morris, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402; James Power, **WOODS, FULLER, SHULTZ & SMITH PC**, 300 South Phillips Avenue, Suite 300, Sioux Falls, SD 57117**,** for defendants.

This matter is before the Court on the request made on behalf of Rodney G. Christianson, Daniel Feige, Rodney Skalbeck, and Thomas J. Kersting (the "Individual Defendants") for leave to file a motion for judgment on the pleadings. The Court has reviewed the proposed motion and the opposition that was filed in response by plaintiffs, and the Court finds that good cause does not exist to amend the scheduling order to hear the motion.

**It IS HEREBY ORDERED** that the request for leave to file a motion for judgment on the pleadings is **DENIED**.

Dated:  December 30, 2009
at Minneapolis, Minnesota

        s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge