UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

TRANSOCEAN GROUP HOLDINGS
PTY LTD, *et al.*,

                    Plaintiff,

v.

SOUTH DAKOTA SOYBEAN
PROCESSORS, LLC, *et al.*,

                    Defendants.

Civil No. 07-0652 (JRT/FLN)

**ORDER OF DISMISSAL**

_____

    Eric Bartsch, Marc Al, Troy Hutchinson, and Steven Kluz, **STOEL RIVES LLP**, 33 South Sixth Street, Suite 4200, Minneapolis, MN 55402, for plaintiffs.

    Alan Silver, Chrisopher Morris, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402; James Power, **WOODS, FULLER, SHULTZ & SMITH PC**, 300 South Phillips Avenue, Suite 300, Sioux Falls, SD 57117**,** for defendants.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 31, 2010
at Minneapolis, Minnesota.

                                                          s/ John R. Tunheim
                                                        JOHN R. TUNHEIM
                                             United States District Judge